UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Fanjoy

    v.                                          Civil No. 10-cv-128-LM

Howard Lee Schiff, PC


**O R D E R**

The court has reviewed the Joint Statement Pursuant to Local Rule 16 (doc. no. 13). The court does not approve the document and instead directs as follows:

1. The parties must refile a discovery plan that is consistent with the document entitled "Civil Form 2" in the Local Rules. See United States District Court District of New Hampshire Local Rule 26.1. Such discovery plan must be filed on or before June 29, 2010.

2. In the event that either party objects to the reassignment of this case to this Magistrate Judge, the parties should follow the procedure outlined in ADM-1, Order 10-3, dated May 27, 2010. Specifically, that Order, which is designed, inter alia, to protect the confidentiality of any party who might object to the assignment of a case to this Magistrate Judge, states:

> As a result of the retirement of the Honorable James R. Muirhead as a Magistrate Judge in this judicial district, the attached cases shall be reassigned to his successor, the Honorable Landya B.

McCafferty, effective June 1, 2010. Pursuant to Local Rule 73.1(b)(2)(B), a party may object to this reassignment by conventionally filing an objection, with certificate of service on all other parties, within twenty (21) days of the effective date of this order. Please note that any objection to the assignment of Magistrate Judge McCafferty must be filed in paper format and not electronically through CM/ECF. AP 3.2(f). A party may object without adverse substantive consequences. The failure of a party to file an objection constitutes a waiver of the party's right to object to the reassignment.

3. The pretrial conference scheduled for June 10, 2010, is continued and will be rescheduled upon the court's receipt of the aforementioned discovery plan.

**SO ORDERED.**

_____
Landya B. McCafferty
U.S. Magistrate Judge

Date: June 7, 2010

cc: Angela K. Troccoli, Esq.
Karen J. Wisniowksi, Esq.