## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Michael Fanjoy</u>

    v.                                    Civil No. 10-cv-128-LM

<u>Howard Lee Schiff, PC</u>

### **O R D E R**

Before the Court is the parties' Discovery Plan (document no. 16). While the parties did not follow the procedure outlined in ADM-1 Order 10-3, with respect to notifying the clerk's office concerning any objection to this Magistrate Judge's jurisdiction over the case, the Discovery Plan indicates that one party does not consent. Thus, the clerk's office is directed to reassign this case to an Article III judge.

A preliminary pretrial conference is scheduled before this Magistrate Judge for July 9, 2010, at 9:30 a.m.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date: June 29, 2010

cc:  Angela K. Troccoli, Esq.
     Karen J. Wisniowski, Esq.