UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael Fanjoy

      v.                              Civil No. 10-cv-128-JL

Howard Lee Schiff, PC

O R D E R

Pursuant to Fed. R. Civ. P. 5(d), initial disclosures under Rule 26(a)(1) must not be filed until they are used in the proceeding or the court orders their filing. Therefore, Document 24, Self Executing Initial Disclosure Statement by Michael Fanjoy, is herewith ordered stricken and removed from the docket.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

August 18, 2010

cc:   Angela Troccoli, Esq.
      Karen Wisniowski, Esq.