```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Michael Fanjoy

    v.                               Civil No. 10-cv-128-JL

Howard Lee Schiff, P.C.


**SUMMARY ORDER**

As discussed with the parties on today's conference call, plaintiff Michael Fanjoy's motion to compel discovery (document no. 32) is GRANTED as to interrogatories no. 3, 11-14, and 18-21 and document requests no. 7-8 and 11-12, as to which defendant Howard Lee Schiff, P.C. shall provide full responses, but is otherwise DENIED.  Defendant may construe interrogatories no. 18-21 and document request no. 8 as referring solely to those employees and offices responsible for handling debt collection activities related to the plaintiff.  If plaintiff wishes, he may narrow the scope of interrogatories no. 4-9 and 22 and document requests no. 2-6 and 13-14, so that they are reasonably tailored to the circumstances of this case, and re-submit them to the defendant.

Plaintiff's motion to compel answers to his requests for admission (document no. 34) is GRANTED as to requests 5 and 7-8, as to which the defendant shall provide full responses, but is otherwise DENIED.

The court reminds the defendant, particularly as to requests for admission no. 6 and 10-18 and interrogatories no. 16-17, of

its duty under the Federal Rules of Civil Procedure to "supplement or correct its disclosure or response ... in a timely manner if [it] learns that in some material respect the disclosure or response is incomplete or incorrect." Fed. R. Civ. P. 26(e)(1).

Finally, the parties' joint motion to extend time to conduct discovery (document no. 36) is GRANTED.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: February 3, 2011

cc: Angela K. Troccoli, Esq.
    Karen J. Wisniowski, Esq.