UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Michael Fanjoy</u>

     v.

                                 Civil No. 10-cv-128-JL

<u>Howard Lee Schiff, PC</u>


<u>ORDER OF DISMISSAL</u>

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

September 25, 2012

                                                /s/ Joseph Laplante
                                                Joseph N. Laplante
                                                Chief Judge


cc:    Christopher Kelleher, Esq.
        Joseph Gentilcore, Esq.
        Amy Bennecoff, Esq.
        Angela Troccoli, Esq.
        Karen Wisniowski, Esq.